UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| SHAUNDER L. RICHARDSON, | ) | Civil Action No. 5:23-CV-00634-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 12th day of April, 2023, upon consideration of the Consent Motion for Remand, ECF No. [12], Pursuant to Sentence Four of 42 U.S.C. § 405(g) and any response thereto, it is hereby **ORDERED** that the Consent Motion, ECF No. 12, is GRANTED and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

April 12, 2023
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge