UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| SHAUNDER L. RICHARDSON, | ) | Civil Action No. 5:23-CV-00634-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 18th day of July, 2023, it is hereby, ORDERED that Plaintiff's Motion for Attorney's Fees, ECF No. 16, is granted. Plaintiff, Shaunder L. Richardson, is awarded attorney fees in the amount of One Thousand, Four Hundred, Dollars and 41/100 Cents ($1,400.41) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff, Shaunder L Richardson, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

July 18, 2023
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge